

# Fourth Court of Appeals
## San Antonio, Texas

December 28, 2017

No. 04-17-00409-CV

Samuel **DODSON**,
Appellant

v.

Benito **MUNOZ** d/b/a B M Transport, Erik Munoz, and David Henry Owens,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-0367-CV
Honorable William Old, Judge Presiding

## O R D E R

The appellees' brief was originally due to be filed on November 27, 2017. The appellees' first motion for extension of time was granted, extending the deadline for filing the brief to December 27, 2017. On December 21, 2017, the appellees filed a motion requesting an additional extension of time to file the brief until January 26, 2018, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLEES WILL BE GRANTED**. The appellees' brief must be filed by January 26, 2018, or the case will be set "at issue" and will be submitted without the appellees' brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of December, 2017.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court